**No. 56837.**—Pongees Corp. *v.* United States, protests 145124–K and 143929–K (New York).

Opinion by FORD, J. The record showed that certain items of the involved merchandise consist of woven silk fabrics, valued at more than $5.50 per pound, similar in all material respects to those the subject of *Walter Strassburger & Co., Inc., et al.* v. *United States* (26 Cust. Ct. 210, C. D. 1326). Upon the established facts and following the cited authority, the claim of the plaintiff was sustained.